UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAMOUNT PARKS INC.,

        Plaintiff,

     -against-

LESTER NAIL,

        Defendant.

Case No. 07 Civ 10595 (SHS)
ECF CASE

**CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Paramount Parks, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Cedar Fair, L.P.

Dated:  New York, New York
       November 21, 2007

Respectfully submitted,

**SQUIRE, SANDERS & DEMPSEY L.L.P.**

By: _____
   Steven Skulnik (SS-7821)

350 Park Avenue
New York, New York 10022
(212) 872-9800

Jill S. Kirila (Ohio Bar # 0068593)
Lori Maiorca Zancourides (Ohio # 0076342)
41 South High Street
Columbus, Ohio 43215
Attorneys for Plaintiff