UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAMOUNT PARKS INC.

    Plaintiff,

vs.

LESTER NAIL

    Defendant.

**ORIGINAL**

Case No. 07 Civ. 10595 (SHS)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Steven Skulnik, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Jill S. Kirila |
| Firm Name: | Squire, Sanders and Dempsey L.L.P. |
| Address: | 41 South High Street, Suite 1300 |
| City/State/Zip: | Columbus, Ohio 43215 |
| Phone Number: | 614.365.2772 |
| Fax Number: | 614.365.2499 |

Jill S. Kirila is a member in good standing of the Bar of the State of Ohio. There are no pending disciplinary proceedings against Jill S. Kirila in any State or Federal court.

In support of this motion, the following attachments are also being filed simultaneously with this motion: (A) a check for $25.00 made out to "Clerk, USDC, SDNY"; (B) the declaration of supporting attorney Steven Skulnik, SS-7821; (C) the Certificate of Good Standing for Jill S. Kirila from the State of Ohio; and (D) a proposed order.

Dated: December 3, 2007
City, State: New York, New York

Respectfully submitted,

By: _____
Steven Skulnik
SS-7821
Squire, Sanders and Dempsey L.L.P.
350 Park Avenue
New York, New York 10022-6022
Phone: 212.872.9800
Fax: 212.872.9815

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

| | |
|---|---|
| PARAMOUNT PARKS INC., | Case No. 07 Civ. 10595 (SHS) |
| Plaintiff, | **DECLARATION OF STEVEN SKULNIK IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| -against- | |
| LESTER NAIL, | |
| Defendant. | |

------------------------------------------------------------

STEVEN SKULNIK declares as follows:

1. I am an attorney admitted to practice in the State of New York and before this Court. I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P, attorneys for plaintiff. . I am familiar with the proceedings in this case.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice in 1984. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I submit this affidavit in support of the Motion to Admit Counsel Pro Hac Vice filed on behalf of Jill S. Kirila, Esq., as co-counsel for Plaintiff.

4. Jill S. Kirila is a partner in the Columbus, Ohio office of Squire, Sanders and Dempsey L.L.P., located at 1300 Huntington Center, 41 South High Street, Columbus, Ohio 43215. Ms. Kirila is an attorney-at-law in good standing duly admitted to practice law in the United States Court of Appeals for the Sixth Circuit, and the United States District Courts for the Northern and Southern District of Ohio and the Southern District of Texas, and all courts of the State of Ohio.

5. I have found Ms. Kirila to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. The firm of Squire, Sanders and Dempsey L.L.P. has been retained to serve as counsel for Plaintiff Paramount Parks Inc.

7. Accordingly, I am pleased to move the admission of Jill S. Kirila, pro hac vice.

8. I respectfully submit a proposed order granting the admission of Jill S. Kirila, pro hac vice, which is attached hereto as Exhibit A.

**WHEREFORE**, I respectfully request that the Court sign and enter the annexed Order for Admission Pro Hac Vice of Jill S. Kirila, Esq., as counsel for Plaintiff Paramount Parks Inc. in the above-captioned action.

I declare under the penalty of perjury that the foregoing is true and correct and was executed this 13th day of December, 2007 at New York, New York.

_____
Steven Skulnik (SS 7821)

# The Supreme Court of Ohio

C E R T I F I C A T E

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Jill Suzanne Kirila

was admitted to the practice of law in Ohio on November 10, 1997; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of November, 2007.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Registration Assistant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAMOUNT PARKS INC.

   Plaintiff,

  vs.

LESTER NAIL

   Defendant.

Case No. 07 Civ. 10595 (SHS)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Steven Skulnik, attorney for Plaintiff Paramount Parks Inc. and said sponsor attorney's affidavit in support,

IT IS HEREBY ORDERED that:

| | |
|---|---|
| Applicant's Name: | Jill S. Kirila |
| Firm Name: | Squire, Sanders and Dempsey L.L.P. |
| Address: | 41 South High Street, Suite 1300 |
| City/State/Zip: | Columbus, Ohio  43215 |
| Phone Number: | 614.365.2772 |
| Fax Number: | 614.365.2499 |
| Email Address: | jkirila@ssd.com |

is admitted to practice pro hac vice as counsel for Plaintiff Paramount Parks in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY:  FEE PAID $_____     SDNY RECEIPT #

## CERTIFICATE OF SERVICE

    I hereby certify that on December _17_, 2007, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was served by regular U.S. mail on counsel for Defendant Lester Nail:

A. Michael Weber  
Littler Mendelson,  
885 Third Avenue  
16th Floor  
New York, New York  10022-4834

s/ _____  
Steven Skulnik