UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAMOUNT PARKS INC.

    Plaintiff,

vs.

LESTER NAIL

    Defendant.

Case No. 07 Civ. 10595 (SHS)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

Upon the motion of Steven Skulnik, attorney for Plaintiff Paramount Parks Inc. and said sponsor attorney's affidavit in support,

IT IS HEREBY ORDERED that:

    Applicant's Name:    Jill S. Kirila
    Firm Name:    Squire, Sanders and Dempsey L.L.P.
    Address:    41 South High Street, Suite 1300
    City/State/Zip:    Columbus, Ohio 43215
    Phone Number:    614.365.2772
    Fax Number:    614.365.2499
    Email Address:    jkirila@ssd.com

is admitted to practice pro hac vice as counsel for Plaintiff Paramount Parks in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 1/7/08
City, State: New York, New York

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $_____    SDNY RECEIPT #