AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

PARAMOUNT PARKS, INC.,

Plaintiff,

-against-

LESTER NAIL,

Defendant.

**APPEARANCE**

Case Number: 07 Civ. 10595 (SHS) (MJD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant-Counterclaimant Lester Nail

I certify that I am admitted to practice in this court.

| 1/18/2008 | [signature] |
|---|---|
| Date | Signature |

| Michael P. Pappas | MP-6716 |
|---|---|
| Print Name | Bar Number |

Littler Mendelson   885 Third Avenue
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 583-9600 | (212) 832-2719 |
|---|---|
| Phone Number | Fax Number |