UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

PARAMOUNT PARKS INC. ,                    Case No.  07 CV 10595 (SHS) (MJD)

       Plaintiff,

       -against-                                Notice of Appearance
                                                (Filed Electronically)

LESTER NAIL ,

       Defendant.

-------------------------------------------------------------

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, Paramount Parks Inc.

    I certify that I am admitted to practice pro hac vice in this Court as counsel for Plaintiff Paramount Parks in the above-captioned case.

               Respectfully submitted,

               /s/ Jill S. Kirila
               Jill S. Kirila, Esq. (Ohio # 0068593)
               SQUIRE, SANDERS & DEMPSEY L.L.P.
               41 South High Street
               1300 Huntington Center
               Columbus, Ohio 43215
               Telephone: (614) 365-2700
               Facsimile:  (614) 365-2499
               Email: jkirila@ssd.com

               One of the Attorneys for Defendant,
               Paramount Parks Inc.