UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

PARAMOUNT PARKS INC. ,                    Case No.  07 CV 10595 (SHS) (MJD)

       Plaintiff,

       -against-                                  Notice of Appearance
                                                      (Filed Electronically)

LESTER NAIL ,

       Defendant.

-----------------------------------------------------------

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Plaintiff, Paramount Parks Inc.

    I certify that I am admitted to practice pro hac vice in this Court as counsel for Plaintiff Paramount Parks in the above-captioned case.

                Respectfully submitted,

                 /s/ Lori Maiorca Zancourides
                Lori Maiorca Zancourides, Esq. (Ohio # 0076342)
                SQUIRE, SANDERS & DEMPSEY L.L.P.
                41 South High Street
                1300 Huntington Center
                Columbus, Ohio 43215
                Telephone: (614) 365-2700
                Facsimile:  (614) 365-2499
                Email: lzancourides@ssd.com

                One of the Attorneys for Defendant,
                Paramount Parks Inc.