UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PARAMOUNT PARKS INC. , | Case No.  07 CV 10595 (SHS) (MJD) |
| Plaintiff, | Joint Rule 26(f) Report |
| -against- | (Filed Electronically) |
| LESTER NAIL , | |
| Defendant. | |

---

Pursuant to Fed.R.Civ.P. 26(f), the parties have conferred and jointly propose the following discovery plan:

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure:  March 14, 2008

2. Date for joinder of additional parties:  March 31, 2008

3. Time for amendment of pleadings:  as per Federal Rules

4. Date for service of initial document requests and interrogatories:  Feb. 11, 2008

5. Date for completion of all depositions:  July 2, 2008

6. Date for completion of discovery:  August 1, 2008

7. Date for filing dispositive motions:  30 days after discovery cut-off

Dated: February 22, 2008

|  |  |
|---|---|
|  | Respectfully submitted, |
| **SQUIRE, SANDERS & DEMPSEY L.L.P.** | **LITTLER MENDELSON, P.C.** |
| By: /s/ Jill S. Kirila | By: /s/ Michael P. Pappas, by Jill S. Kirila per e-mail authority 2/19/08 |
| Steven Skulnik (SS-7821)<br>350 Park Avenue<br>New York, New York 10022<br>(212) 872-9800 | A. Michael Weber (AW 8760)<br>Michael P. Pappas (MP 6716)<br>885 Third Avenue<br>New Yori, New York  10022<br>(212) 583.9600 |
| Jill S. Kirila (Ohio Bar # 0068593)<br>Lori Maiorca Zancourides (Ohio # 0076342)<br>(pro hac vice)<br>**SQUIRE, SANDERS & DEMPSEY L.L.P.**<br>1300 Huntington Center<br>41 South High Street<br>Columbus, Ohio 43215 | Attorneys for Defendant Lester Nail |
| Attorneys for Plaintiff<br>Paramount Parks Inc. |  |

SO ORDERED:

_____

Hon.
United States District Judge

Dated: