Case 1:07-cv-10595-SHS    Document 18    Filed 02/2~~2008    Page 1 of 2~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3 3 08 (?)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PARAMOUNT PARKS INC. ,

        Plaintiff,

        -against-

LESTER NAIL ,

        Defendant.

Case No.  07 CV 10595 (SHS) (MJD)

Joint Rule 26(f) Report
(Filed Electronically)   *Order*

*An initial pretrial conference having been held on Feb 29 2008*

~~Pursuant to Fed.R.Civ.P. 26(f), the parties have conferred and jointly propose the following discovery plan:~~ *with all parties appearing, it is hereby ordered that:*

    1.    Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure:  March 14, 2008

    2.    Date for joinder of additional parties:  March 31, 2008

    3.    Time for amendment of pleadings:  as per Federal Rules

    4.    Date for service of initial document requests and interrogatories:  Feb. 11, 2008

    5.    Date for completion of all depositions:  *April 30* ~~July 2,~~ 2008

    6.    Date for completion of discovery:  *May 23* ~~August 1,~~ 2008

    ~~7.    Date for filing dispositive motions:  30 days after discovery cut-off~~

    7. *Next pretrial conference: April 25, 2008 at 11 A.M.*
    8. *Plt's motion to dismiss def's third counterclaim is granted for the*
Dated: February 29, 2008  *reasons set forth on the record today [N.T.]*

*So ordered*

*[signature]*
*U.S.D.J.*