UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PARAMOUNT PARKS INC.                       :
                                           :
        Plaintiff,                  :    Case No.  07 CV 10595 (SHS)
                                           :
   v.                                      :                                       :
LESTER NAIL                                :
  :
        Defendant.                  :
-------------------------------------------------------x

## NOTICE OF MOTION FOR PROTECTIVE ORDER
## AND ATTORNEYS' FEES

    PLEASE TAKE NOTICE that, upon the upon the declaration of Jill S. Kirila dated May 1, 2008 and the accompanying memorandum of law and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Paramount Parks Inc. ("PPI") will move this Court for a protective order prohibiting Defendant from deposing Richard Kinzel, the Chief Executive Officer of Cedar Fair, L.P. ("Cedar Fair"),and its subsidiary company PPI, for the attorneys' fees associated with make this motion and for such other and further relief as may be just and proper.

    Pursuant to Local Civil Rule 6.1 (a), any opposing affidavits and answering memoranda shall be served within four business days after service of the moving papers.

Dated: New York, New York
       May 2, 2008

2

       Respectfully submitted,

       **SQUIRE, SANDERS & DEMPSEY L.L.P.**

       By: /s/ Jill S. Kirila

       Steven Skulnik (SS-7821)
       350 Park Avenue
       New York, New York 10022
       (212) 872-9800

       Jill S. Kirila (Ohio # 0068593)
       Lori Maiorca Zancourides (Ohio # 0076342)
       (pro hac vice admission)
       **SQUIRE, SANDERS & DEMPSEY L.L.P.**
       1300 Huntington Center
       41 South High Street
       Columbus, Ohio 43215

       Attorneys for Plaintiff
       Paramount Parks Inc.