LITTLER MENDELSON, P.C.
A. Michael Weber (AW-8760)
Michael P. Pappas (MP-6716)
885 Third Avenue
New York, New York 10022
(212) 583-9600

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PARAMOUNT PARKS, INC.,

          Plaintiff,

-against-

LESTER NAIL,

          Defendant.

Case No. 07 Civ. 10595 (SHS) (MJD)

**NOTICE OF CROSS-MOTION**

---

PLEASE TAKE NOTICE that, upon: (1) the Declaration of A. Michael Weber dated May 8, 2008, and the exhibits annexed thereto; (2) Defendant's Memorandum of Law; and (3) all of the pleadings in this action, the above-named Defendant, by his attorneys, Littler Mendelson, P.C., will cross-move this Court, before the Honorable Sidney H. Stein, United States District Judge, in the United States Courthouse located at 500 Pearl Street, New York, New York, on a date to be set by the Court, for an Order pursuant to Fed.R.Civ.P. 11 and 37, and 29 U.S.C. § 1927, awarding Defendant sanctions and attorneys' fees as against Plaintiff and Richard Kinzel.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1, papers in opposition to this cross-motion, if any, must be served within four (4) business days after service of these moving papers.

Dated: May 8, 2008                         LITTLER MENDELSON, P.C.

                                                  Attorneys for Defendant

                       By:    __S/_____
                                       A. Michael Wener (AW-8760
                                       Michael P. Pappas (MP-6716)
                                       885 Third Avenue
                                       New York, New York 10022
                                       (212) 583-9600