```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PARAMOUNT PARKS, INC.,                       :     07 Civ. 10595 (SHS)
                                             :
                    Plaintiff,               :
                                             :     ORDER
                                             :
         -against-                            :
                                             :
LESTER NAIL,                                  :
                                             :
                    Defendant.                :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The excerpts from the deposition of Craig Freeman which have been provided to the Court indicate that a deposition of Richard Kinzel may yield relevant testimony or may lead to the discovery of admissible evidence. The deposition shall take place for a maximum of three hours in Sandusky, Ohio. Except as set forth above, Plaintiff's Motion for a Protective Order and Attorney's Fees and Defendant's Cross-Motion for Sanctions and Attorney's Fees are denied. The deposition of Mr. Kinzel is to take place on or before June 13, 2008. Plaintiff's motion for summary judgment is due July 11, 2008. Defendant's opposition to plaintiff's motion and defendant's cross-motion for summary judgment is due July 25, 2008. Plaintiff's reply to its motion and opposition to defendant's cross-motion is due August 8, 2008. Defendants reply to its cross-motion is due August 15, 2008.

Dated: New York, New York
       May 28, 2008

                                SO ORDERED:

                                Sidney H. Stein, U.S.D.J.

1