UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PARAMOUNT PARKS INC.                          :
                                              :
                        Plaintiff,            :          Case No.  07 CV 10595 (SHS)
                                              :
             v.                               :
                                              :
LESTER NAIL                                   :
                        Defendant.            :
-------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT
## FILED BY PLAINTIFF PARAMOUNT PARKS INC.

PLEASE TAKE NOTICE that, upon the declaration of Jill S. Kirila dated July 11, 2008 and the accompanying memorandum of law and statement of uncontested material facts, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Paramount Parks Inc. ("PPI") hereby moves this Court for a summary judgment on Counts One (breach of contract), Two (breach of contract), and Three (unjust enrichment) of Plaintiff's Complaint and Counts One (breach of contract) and Two (conversion) of Defendant's Counterclaims against PPI and for such other and further relief as may be just and proper.

Dated: New York, New York
         July 11, 2008

Respectfully submitted,

**SQUIRE, SANDERS & DEMPSEY L.L.P.**


By:  /s/ Jill S. Kirila

Steven Skulnik (SS-7821)
350 Park Avenue
New York, New York 10022
(212) 872-9800


Jill S. Kirila (Ohio # 0068593)
Lori Maiorca Zancourides (Ohio # 0076342)
(pro hac vice admission)
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1300 Huntington Center
41 South High Street
Columbus, Ohio 43215

Attorneys for Plaintiff
Paramount Parks Inc.