UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PARAMOUNT PARKS, INC.

                         Plaintiff,

          07 **CIVIL** 10595 ( SS )

      -against-

LESTER NAIL,

                        Defendant.
----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    Steven Skulnik, c/o Squire, Sanders & Dempsey L.L.P.

[X]    *Attorney*

    [X]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
          (SS 7821)

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

[ ]    *Law Firm/Government Agency Association*

    From: _____

    To:   _____

    [ ]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[X]    *Address:*    1095 Avenue of the Americas, 31st Floor, NY, NY 10036-6797

[ ]    *Telephone Number:*    _____

[ ]    *Fax Number:*    _____

[ ]    *E-Mail Address:*    _____

Dated:    08/01/08        _____
                                  Steven Skulnik (SS 7821)